STATE OF NEW JERSEY v. THOMAS H. CLAGON.

May 26, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. LISA KIRBY.

May 26, 1982.

Petition for certification denied.

METROPOLITAN PETROLEUM COMPANY, INC. v.
PRESIDENT CONTAINER, INC.

May 26, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. LARRY STUART.

May 26, 1982.

Petition for certification denied.